1  John Boundas
   **WILLIAMS KHERKHER HART & BOUNDAS, LLP**
2  8441 Gulf Freeway, Suite 600
   Houston, Texas 77017-5001
3  Telephone: (713) 230-2200
   Facsimile: (713) 643-6226
4
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-6192 CRB<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Jill S. Fields, et al.,<br><br>           Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Jill S. Fields and Thomas Streeter, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

//
//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: /0-19, 2010     By: /s/

**WILLIAMS KHERKHER HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

*Attorneys for Plaintiffs*

DATED: 10/19, 2010     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 25, 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE